UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Jose Moraes | ) | |
|     Plaintiff(s) | ) | |
| | ) | |
|   v. | ) | Civil Action No. 24-30131-MGM |
| | ) | |
| Wellfleet Group LLC., | ) | |
| | ) | |
|     Defendant(s) | ) | |

SETTLEMENT ORDER OF DISMISSAL

March 26, 2025

<u>MASTROIANNI, D.J.</u>

    The court, having been advised that the above-entitled action has been resolved. IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Thirty (30) days if resolution is not consummated.

By the Court,

/s/ Michael Zamorski
Deputy Clerk